IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | CRIMINAL ACTION NO. |
| v. | ) | 2:12cr212-MHT |
| | ) | (WO) |
| RICKY NELSON DAWSON | ) | |

OPINION AND ORDER

Pending before the court is defendant Ricky Nelson Dawson's petition for early termination of supervised release (doc. no. 80). A hearing was held on the petition on October 10, 2019.

The probation officer filed a memorandum noting his lack of opposition to Dawson's petition and describing Dawson's consistent compliance with the terms of supervised release; his successful employment and advancement to a position of significant responsibility; his replacement of his prior gambling addiction with positive activities, such as farming and boating; and his consistent payment towards his restitution judgment. The government does not oppose

the early termination request. Based on Dawson's successful efforts to reintegrate into society, and the lack of opposition to the petition, the court concludes that the petition should be granted.

Accordingly, it is ORDERED that:

(1) The petition is granted.

(2) Defendant Ricky Nelson Dawson's term of supervised release is terminated effective immediately and he is discharged.

DONE, this the 10th day of October, 2019.

                                 /s/ Myron H. Thompson
                             **UNITED STATES DISTRICT JUDGE**